# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE L. SANDOVAL,<br><br>                           Plaintiff,<br>vs.<br>ROBERT NUNGARY JUNIOR,<br><br>                           Defendant. | CASE NO. 09cv2528 JM(JMA)<br><br>ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE |

Over the past several years, Plaintiff Grace L. Sandoval has filed in excess of 90 separate actions in this district.  08cv1297, 08cv1621, 08cv1622, 08cv1623, 08cv1848, 08cv1849, 08cv1853, 98cv1854, 08cv1868, 08cv1869, 08cv1870, 08cv1944, 08cv2004, 08cv2005, 08cv2057, 08cv2104, 08cv2105, 08cv2151, 09cv0269, 09cv0422, 09cv423, 09cv0424, 09cv0437, 09cv0438, 09cv0441, 09cv0454, 09cv0455, 09cv0456, 09cv0474, 09cv0475, 09cv0476, 09cv0477, 09cv0478, 09cv0491, 09cv0492, 09cv0493,  09cv0494, 09cv0495, 09cv582, 09cv0583, 09cv585, 09cv586, 09cv0588, 09cv0600, 09cv0642, 09cv1232, 09cv1506, 09cv1506, 09cv1507, 09cv1508, 09cv1514, 09cv1515, 09cv1520, 09cv1524, 09cv1526, 09cv1849, 09cv2122, 09cv2141, 09cv2148, 09cv2204, 09cv2205, 09cv2206, 09cv2217, 09cv2218, 09cv2217, 09cv2218, 09cv2244, 09cv2245, 09cv2250, 09cv2251, 09cv2252, 09cv2304, 09cv2305, 09cv2306, 09cv2307, 09cv2308, 09cv2309, 09cv2310, 09cv2311, 09cv2312, 09cv2313, 09cv2450, 09cv2452, 09cv2453, 09cv2462, 09cv2463, 09cv2464, 09cv2465, 09cv2466, 09cv2467, 09cv2526, 09cv2528.  Each action was brought in propria persona and in forma pauperis.  Each appears to have been dismissed as frivolous or for failure to state a claim.  The present

complaint fairs no better.

Without identifying the basis for the court's subject matter jurisdiction, the complaint sets forth a rambling narrative of charges and conclusions concerning, for example, allegations that Defendant, and his family, is engaged in drug trafficking and involved in kidnaping of premature infants. Other allegations (she is a relative of Elvis Presley and the apparent surrogate mother of four of his children) appear unrelated to the alleged conduct of Defendant. As the present complaint, like the scores of previously filed complaints, fails to identify any basis for federal jurisdiction, or to set forth a coherent statement of her claims, the court dismisses the complaint at bar as frivolous, for failure to state a claim, and for lack of subject matter jurisdiction.

The Clerk of Court is instructed to dismiss the action without prejudice. Until Plaintiff pays the filing fee or demonstrates an imminent danger of serious physical injury, the Clerk of Court is instructed to reject for filing any further documents from Plaintiff in this case. The court also denies Plaintiff's motion to proceed <u>in forma pauperis</u> and for appointment of counsel as moot.

**IT IS SO ORDERED.**

DATED: November 13, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:            All parties