# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

GRACE L. SANDOVAL,

                V.

ROBERT NUNGARY JUNIOR,

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:**   09cv2528 JM(JMA)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the action is dismissed without prejudice. The court also denies Plaintiff's motion to proceed in forma pauperis and for appointment of counsel as moot........................................................................................................
................................................................................................................................................................................

| November 16, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

                                               S/ T. Lee
                                               (By) Deputy Clerk

                                               ENTERED ON November 16, 2009